IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| **Gator Docks & Marine, Inc.** | ) | |
| | ) | |
| **Plaintiff,** | ) | Civil Action No. 2:05-3571-CWH |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| **Gary Greene d/b/a Gary Greene Engineers,** | ) | |
| | ) | |
| **Defendant.** | ) | |

On August 30, 2006, Charleston County Parks and Recreation Commission ("Charleston County") filed a motion to intervene in this action pursuant to Rule 24(a) or (b). The defendant opposed the motion on September 18, 2006. Rule 24(c) provides that a person desiring to intervene shall serve upon the parties a motion accompanied by a pleading setting forth the claim or defense for which intervention is sought. Charleston County's motion to intervene is not accompanied by a pleading setting forth a claim or defense. Consequently, the Court denies the motion without prejudice to allow Charleston County to file the motion in compliance with Rule 24(c).

      **AND IT IS SO ORDERED**.

                                                      *C. Weston Houck*
                                        **C. WESTON HOUCK**
                                        **UNITED STATES DISTRICT JUDGE**

October 18, 2006
Charleston, South Carolina